NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MURVEL L. BROWN,**

*Claimant-Appellant*

**v.**

**ROBERT WILKIE, ACTING SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2017-1286

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-4312, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

ADAM E. LYONS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; BRIAN D. GRIFFIN, MEGHAN ALPHONSO, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2018                    /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                    Clerk of Court